# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2014

149407-08

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

LOWE'S HOME CENTERS, INC.,
   Petitioner-Appellee,

v

              SC: 149407
              COA: 314111
              MTT: 00-385768

TOWNSHIP OF MARQUETTE,
   Respondent-Appellant.

_____/

HOME DEPOT USA, INC.,
   Petitioner-Appellee,

v

              SC: 149408
              COA: 314301
              MTT: 00-366428

TOWNSHIP OF BREITUNG,
   Respondent-Appellant.

_____/

   On order of the Court, the application for leave to appeal the April 22, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2014



Clerk

p1217